# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAE YOUNG KIM, *et al.*,     )
           )
     **Plaintiffs,**     )
           )
     v.     )     **Civil Case No. 12-54 (RJL)**
           )
NATIONAL CERTIFICATION     )
COMMISSION FOR ACUPUNCTURE     )
AND ORIENTAL MEDICINE, *et al.*,     )
           )
     **Defendants.**     )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this ___ day of

August 2012, it is hereby

**ORDERED** that Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiffs'

Complaint [Dkt. #6] is **GRANTED**; and it is further

**ORDERED** that plaintiffs' Motion for Remand to State Court [Dkt. #11] is

**DENIED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge